**J. & J. ROGERS COMPANY, Appellant, v. Guy T. HELVERING, Commissioner of Internal Revenue, Appellee.**

No. 25.

Circuit Court of Appeals, Second Circuit.
Jan. 6, 1936.

H. H. Shinnick, of Washington, D. C., for appellant.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and John MacC. Hudson, Sp. Assts. to Atty. Gen., for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of Fullilove v. United States, 71 F.(2d) 852 (C.C.A.5), and Baltimore & O. R. Co. v. Commissioner, 78 F.(2d) 460 (C.C.A.4).

---

**Walter E. KRAMER, Executor, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5686.

Circuit Court of Appeals, Seventh Circuit.
Nov. 26, 1935.

Frank J. Wideman, of Washington, D. C., for respondent.

PER CURIAM.

On motion of counsel for respondent, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decisions of the United States Board of Tax Appeals, entered on August 30, 1933, be, and the same is hereby, dismissed.

---

**Emmerson LADNER, Appellant, v. UNITED STATES of America, Appellee.**

No. 7720.

Circuit Court of Appeals, Fifth Circuit.
Dec. 19, 1935.

Sidney C. Mize, of Gulfport, Miss., for appellant.

R. M. Bourdeaux, U. S. Atty., of Meridian, Miss., for the United States.

Before SIBLEY, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.
The judgment is affirmed.

---

**LAMPORT & HOLT, Ltd., Appellant, v. Philip ELTING, Collector of Customs, Port of New York, Appellee.**

No. 226.

Circuit Court of Appeals, Second Circuit.
Jan. 17, 1936.

John M. Lyons, of New York City (J. Alfred Anderson, of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.